**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

UNITED STATES OF AMERICA

v. Criminal No. 2:26-cr-00219

EMIRHAN ARSLAN

CRIMINAL CASE INFORMATION SHEET

Division: Pittsburgh
County in which first offense cited occurred: Allegheny

Related to No. 26-cr-63 Judge: Bissoon

CATEGORY:
1. ○ Narcotics and Other Controlled Substances (Defs: ○ 1-2 ○ 3-9 ○ 10+)
2. ◉ Fraud and Property Offenses (Defs: ◉ 1-2 ○ 3-9 ○ 10+)
3. ○ Crimes of Violence
4. ○ Sex Offenses
5. ○ Firearms and Explosives
6. ○ Immigration
7. ○ All Others

Previous Proceedings before Magistrate Judge: ______
Case No.: ______

*PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE*

Defendant ○ is in custody ◉ is not in custody
Custody is ○ State ○ Federal Name of Institution: ______

Defendant ○ is ◉ is not serving a term of Supervised Release
Case No. ______ Judge: ______

I certify that to the best of my knowledge the above entries are true and correct.

DATE: 10/15/2026

*s/ Morgan A. Camerlo*
MORGAN A. CAMERLO
Assistant U.S. Attorney
PA ID No. 334153